# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00193-CV

### In re R. Wayne Johnson

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Filed:  May 7, 2010